IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

STERLING ASKEW, as Father, Next of Kin
and as Administrator Ad Litem/Personal
of the Estate of STEVEN ASKEW, Deceased, and
SYLVIA ASKEW, as Mother and Next of Kin
of STEVEN ASKEW, Deceased,

    Plaintiffs,

v.                                                No. 2:14-cv-02080-STA-tmp

CITY OF MEMPHIS,
TONEY ARMSTRONG, Individually,
and in His Official Capacity as the
Police Director of the Memphis Police Department,
OFFICER NED AUFDENKAMP (#11914),
Individually and in his Official Capacity
as a Police Officer with the Memphis Police Department,
OFFICER MATTHEW DYESS (#12402),
Individually and in his Official Capacity
as a Police Officer with the Memphis Police Department,

    Defendants.

---

MOTION TO EXCLUDE TESTIMONY
OF PLAINTIFF'S PROPOSED EXPERT MICHAEL A. KNOX

---

Pursuant to Federal Rule of Evidence 702 and supporting case law, Defendant City of Memphis moves to exclude testimony of Plaintiff's proposed expert, Michael A. Knox, and in support thereof states as follows:

1. Mr. Knox's opinion with regard to the reconstruction of the shooting incident is based upon speculation and conjecture.

2. Mr. Knox's opinion relative to the events leading up to the shooting of Mr. Askew are irrelevant under the Segmenting Rule.

3. Mr. Knox's opinion relative to the investigation in this case is irrelevant based upon existing law under 42 U.S.C. Section 1983.

4. Mr. Knox's opinion relating to training in this case is based upon speculation and conjecture and should be excluded under Rule 707 and existing law pursuant to 42 U.S.C. Section 1983.

5. Mr. Knox's legal conclusions, speculation and comments are inappropriate and should be excluded.

Respectfully submitted,
/s/ Henry L. Klein
Henry L. Klein, #8856

/s Richard J. Myers
Richard J. Myers #15577
APPERSON CRUMP PLC
6070 Poplar Ave., Suite 600
Memphis, TN 38119
Phone: 901-756-6300
hklein@appersoncrump.com
rmyers@appersoncrump.com
Attorneys for City of Memphis

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been forwarded to the following via U.S. mail, postage prepaid this the _____ day of October, 2015:

Howard Brett Manis, Esq.
MANIS LAW FIRM
1000 Ridgeway Loop Road
Suite 320
Memphis, TN 38120

Zayid Saleem
City Attorney's Office
125 N. Main Street
Ste. 336
Memphis, TN 38103

Jeffrey S. Rosenblum, Esq.
Matthew T. May, Esq.
ROSENBLUM & REISMAN
6070 Poplar Avenue
Suite 500
Memphis, TN 38119

Elijah Noel, Jr., Esq.
Harris Shelton Dunlap Cobb & Ryder
One Commerce Square
Suite 2700
Memphis, TN 38103

Deborah E. Godwin, Esq.
Mary Elizabeth McKinney, Esq.
Godwin Morris Laurenzi & Bloomfield, P.C.
Morgan Keegan Tower
50 N. Front St.
Suite 800
Memphis, TN 38103


/s/ Henry L. Klein