IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

STERLING ASKEW as father, next of Kin and as Administrator Ad Litem/Personal Representative of the Estate of STEVEN ASKEW, Deceased, AND Sylvia Askew as mother and Next of kin of STEVEN ASKEW, Deceased,

 Plaintiffs,

v.

CITY OF MEMPHIS, TONEY ARMSTRONG, in his Individual capacity and official capacity as the Police Director of the Memphis Police Department; OFFICER NED AUFDENKAMP (#11914) Individually and in his official capacity as a Police Officer with the Memphis Police Department; OFFICER MATTHEW DYESS (#12402), Individually
and in his official capacity as a Police Officer of the Memphis Police Department,

 Defendants.

Docket No.: 2:14-cv-02080-STA-tmp

JURY DEMANDED

MOTION TO EXCLUDE TESTIMONY
OF PLAINTIFF'S PROPOSED EXPERT MICHAEL A. KNOX
BY DEFENDANT OFFICERS AUFDENKAMP AND DYESS

Come now Defendants, Officer Ned Aufdenkamp and Officer Matthew Dyess, individually through Counsel, pursuant to Rule 702 of the Federal Rules of Evidence, and moves this Court to

1

exclude the testimony of Plaintiff's proposed expert, Michael A. Knox, and in support thereof state the following:

1. Mr. Knox's opinion with regard to the reconstruction of the shooting incident is based upon speculation and conjecture and not scientific information;

2. Mr. Knox's opinion relative to the tactics utilized by Officers Aufdenkamp and Dyess is completely irrelevant based upon the existing law under 42 U.S.C. Section 1983 and the defense of qualified immunity;

3. Mr. Knox's legal conclusions, speculation and comments are inappropriate and would mislead the jury in this matter, and therefore should be excluded; and,

4. Defendant Officers specifically incorporate by reference those argument raised by the City of Memphis in its Motion and Memorandum entered at Docket Entry Nos. 153and 154 in this case to the extent that such are applicable to these Defendants.

                                         Respectfully Submitted,

                                         s/ Betsy McKinney
                                         BETSY MCKINNEY #21597
                                         DEBORAH GODWIN #9972
                                         Attorneys for Defendant Officers Aufdenkamp and Dyess
                                         Godwin, Morris, Laurenzi & Bloomfield, P.C.
                                         50 N. Front Street, Suite 800
                                         Memphis, TN 38103
                                         Telephone:     901-528-1702
                                         bmckinney@gmlblaw.com
                                         dgodwin@gmlblaw.com

CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing such system will serve a copy of the forgoing upon every CM/ECF registered party in this case.

I also hereby certify that there are no non-registered CM/ECF parties requiring service by other means.

                                        s/ Betsy McKinney
                                        BETSY MCKINNEY